# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 29, 2002

*By the Court:*

No. 01-3000

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee,* | Appeal from the United States District Court for the Southern District of Illinois |
| *v.* | No. 4:00CR40072-001 |
| CARLOS D. KNOX, *Defendant-Appellant.* | J. Phil Gilbert, *Judge.* |

## Order

The opinion of this court issued on August 28, 2002, is amended as follows:

At the bottom of page 5 the citation to *United States v. Nolan*, 910 F.2d 1553, 1559, 1561 (7th Cir. 2000) should be changed to *United States v. Nolan*, 910 F.2d 1553, 1559, 1561 (7th Cir. 1990).